**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

ELIANE MARTINS PIRES,

Plaintiff,

v.

JOHN THOMPSON, et al.,

Defendants.

**Civil Action No.: 2:26-cv-07567**

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Eliane Martins Pires, by and through undersigned counsel, hereby voluntarily dismisses the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

At the time of this filing, no Defendant has served an Answer or a Motion for Summary Judgment. Accordingly, Plaintiff is entitled to dismiss this action without a court order. This dismissal is without prejudice.

Dated: November 16, 2026

Respectfully submitted,

Alexandra Minogue, Esq.
NJ Bar ID: 479582024
Nova Law Group, LLC
21 Fulton Street
Newark, NJ 07102
E: aminogue@nova.law
P: 844-844-6682
*Counsel for Plaintiff*

SO ORDERED

s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 11/17/2026